IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN EUGENE LANCASTER, #224246, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:20-CV-555-RAH |
| | ) |
| REGINALD KINCEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On January 5, 2021, the Magistrate Judge entered a Recommendation (Doc. 17) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

A separate Final Judgment will be entered.

DONE, on this the 25th day of May, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE